No. 11M29. CARTER *v.* UNITED STATES; and

No. 11M31. DAVIS v. UNITED STATES. Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.